UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ART HEADQUARTERS, LLC, etc.,

                Plaintiff,

-against-   20-mc-0283 (LAK)

MARGARET LEMAK,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff Art Headquarters, LLC, d/b/a Wendover Art Group moves under Fed. R. Civ. P.45(d)(2)(B)(i), 37, and 34(c) for entry of an order compelling nonparty Artline Group to provide complete responses to the subpoena duces tecum served by Art Headquarters in February and full production of documents responsive to these requests. No opposition has been filed.

        The motion is granted in all respects. Artline Group, on or before September 24, 2020, shall provide complete responses to the subpoena duces tecum served by Art Headquarters in February and full production of documents responsive to these requests.

        SO ORDERED.

Dated:      September 5, 2020

                                        /s/    Lewis A. Kaplan
                                    _____
                                                Lewis A. Kaplan
                                          United States District Judge